# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMY BATTLE TAYLOR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 10-cv-844 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of all plaintiffs and against defendant

Islamic Republic of Iran; it is furthermore

ORDERED that plaintiffs are awarded $148,000,000 in compensatory damages and

$509,120,000 in punitive damages, for a total award of $657,120,000, to be distributed as

follows:

| Plaintiff Name | Solatium | Punitive | Totals |
|---|---|---|---|
| Amy Battle Taylor | $3,000,000 | $10,320,000 | $13,320,000 |
| Estate of Corinne Collins | $5,000,000 | $17,200,000 | $22,200,000 |
| Beth Holloway | $2,500,000 | $8,600,000 | $11,100,000 |
| Juanita R. Goldfarb | $8,000,000 | $27,520,000 | $35,520,000 |
| Mary Hernandez | $8,000,000 | $27,520,000 | $35,520,000 |
| James Hernandez | $3,000,000 | $10,320,000 | $13,320,000 |
| Marcus A. Hernandez | $3,000,000 | $10,320,000 | $13,320,000 |
| Matilde Hernandez, III | $3,000,000 | $10,320,000 | $13,320,000 |
| Veronica Hernandez | $3,000,000 | $10,320,000 | $13,320,000 |
| Delfina Arriola | $2,500,000 | $8,600,000 | $11,100,000 |
| Hortencia Ortunio | $2,500,000 | $8,600,000 | $11,100,000 |
| Margaret Santiago | $2,500,000 | $8,600,000 | $11,100,000 |
| Rodolfo-Rudy Hernandez | $2,500,000 | $8,600,000 | $11,100,000 |

| | | | |
|---|---|---|---|
| Richard Hernandez | $2,500,000 | $8,600,000 | $11,100,000 |
| Josie Cortez | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Leonardo Hernandez | $2,500,000 | $8,600,000 | $11,100,000 |
| Robert Muffler, Jr. | $2,500,000 | $8,600,000 | $11,100,000 |
| Ronald Tishmack | $2,500,000 | $8,600,000 | $11,100,000 |
| Leslie Tishmack | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Teresa Tishmack | $5,000,000 | $17,200,000 | $22,200,000 |
| Celia Walker | $5,000,000 | $17,200,000 | $22,200,000 |
| Annise Crawford | $2,500,000 | $8,600,000 | $11,100,000 |
| Elizabeth James | $2,500,000 | $8,600,000 | $11,100,000 |
| Dorothy C. Wint | $5,000,000 | $17,200,000 | $22,200,000 |
| Kenneth C. Wint | $2,500,000 | $8,600,000 | $11,100,000 |
| Linda Valania | $2,500,000 | $8,600,000 | $11,100,000 |
| Robert Wint | $2,500,000 | $8,600,000 | $11,100,000 |
| Sheila Featherstone | $2,500,000 | $8,600,000 | $11,100,000 |
| Estate of Walter Emerson Wint, Sr. | $5,000,000 | $17,200,000 | $22,200,000 |
| Jutta Yarber | $8,000,000 | $27,520,000 | $35,520,000 |
| David Yarber | $3,000,000 | $10,320,000 | $13,320,000 |
| Deborah Yarber | $3,000,000 | $10,320,000 | $13,320,000 |
| Robert Yarber | $3,000,000 | $10,320,000 | $13,320,000 |
| Hazel Renton | $2,500,000 | $8,600,000 | $11,100,000 |
| Alene Masterson | $2,500,000 | $8,600,000 | $11,100,000 |
| Clifford Yarber | $2,500,000 | $8,600,000 | $11,100,000 |
| Catherine Arnold | $5,000,000 | $17,200,000 | $22,200,000 |
| Cathy Wendy Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Mark Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Moses Arnold, Sr. | $5,000,000 | $17,200,000 | $22,200,000 |
| Moses Bernard Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Rosalind Arnold | $2,500,000 | $8,600,000 | $11,100,000 |
| Sandy Christine Ackley | $2,500,000 | $8,600,000 | $11,100,000 |
| Timothy Dion Arnold | $2,500,000 | $8,600,000 | $11,100,000 |

ORDERED that defendant Islamic Republic of Iran shall be liable for the entire $657,120,000 amount; it is furthermore

ORDERED that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendant.

This is a final, appealable order. *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on August 2, 2012.